

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     In re Guardianship of Keith A. Hanker, an Incapacitated Person

Appellate case number:   01-12-00507-CV

Trial court case number: PR0067842

Trial court:             Probate Court of Galveston County

Date motion filed:       August 9, 2013

Party filing motion:     Appellant Tracey Hanker

     It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Justice Harvey Brown
               ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Jennings, Brown, and Huddle


Date:  September 3, 2013